FILED
2026 Aug-10 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

SABITRI LAFOREST, )
)
Petitioner, )
)
v. ) Case No. 7:26-cv-416-ACA-SGC
)
JENNIFER BROTON, )
)
Respondent. )

## ORDER

Petitioner Sabitri Laforest has filed a motion for an extension of time to respond to the respondent's Answer. (Doc. 11). Laforest's motion is **GRANTED** (Doc. 11), and her reply is due on or before **August 20, 2026**.

**DONE** this 10th day of August, 2026.

Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE